Robert J. Tuerck, State Bar No. 255741
JACKSON & TUERCK
429 Main Street, Suite C
P.O. Box 148
Quincy, CA 95971
Tel: (530) 283-0406
Fax: (530) 283-0416
E-mail: bob@jacksontuerck.com

Andrew L. Packard, State Bar Number 168690
Erik M. Roper, State Bar No. 259756
LAW OFFICES OF ANDREW L. PACKARD
100 Petaluma Boulevard, Suite 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (707) 763-9227
E-mail: andrew@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION
ALLIANCE

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>-v-<br><br>BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS, et al.<br><br>Defendants. | Case No. 2:10-CV-03203-LKK-KJM<br><br>**JOINT STIPULATION TO FILE RESPONSIVE PLEADING BY APRIL 15, 2011 AND CONTINUE STATUS CONFERENCE**<br><br>Judge: Hon. Lawrence K. Karlton |

The parties to the above-entitled action hereby stipulate that good cause exists to continue the Status conference currently scheduled for February 7, 2011, and establish a due date for Defendants to file a responsive pleading. The parties are actively engaged in settlement discussions, and have scheduled an informal settlement-protected site inspection. The parties are continuing to make progress on their settlement discussions and request this additional time with the intention of resolving the remaining differences.

Pursuant to Local Rule 143(b), the parties present the following stipulation for consideration by the court.

The Complaint in this action was filed on November 30, 2010. Defendants have been aware of the Complaint since November 30, 2010, and copies of the Complaint and all related service documents were emailed by Plaintiff's counsel to counsel for Defendants on January 13, 2011. The parties acknowledge that Defendants have had actual notice of the lawsuit since November 30, 2011, and that service is a mere formality at this time. The parties stipulate that the undersigned counsel for Defendants will accept service for all defendants, and that such service shall be deemed effective March 25, 2011, which is within the 120 day period prescribed by Fed. R. Civ. P. 4(m). The parties further stipulate that Defendants' responsive pleading shall be filed on or before April 15, 2011.

Counsel for Plaintiff and Defendants are presently discussing settlement terms and have made progress towards resolving this case without further judicial involvement. Thus, the parties also stipulate to extending the date of the Status (Pretrial Scheduling) Conference and the Status Report due fourteen days prior to such Status Conference. By order of the Court, a Status Conference is set for February 7, 2011 at 10:30 AM. The parties would prefer to focus their resources on resolving this case. As such, the parties respectfully request that the February 7, 2011 Status (Pretrial Scheduling) Conference be continued until a date no sooner that fourteen (14) days from the time Defendants have filed their responsive pleading.

The parties respectfully request that the Court grant this stipulation and sign the order below reflecting this new dates.

SO STIPULATED.

Respectfully Submitted,

DATED: January 18, 2011                           JACKSON & TUERCK

/s/ Robert J. Tuerck
Robert J. Tuerck
Attorney for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION

ALLIANCE

DATED:  January 18, 2011

BRUCE S. ALPERT
COUNTY COUNSEL

/s/ Kathleen Kehoe Greeson
By:  Kathleen Kehoe Greeson, Deputy County Counsel
Attorney for Defendants
BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS, MIKE CRUMP, AND SHAWN H. O'BRIEN

## ORDER

Based upon the foregoing Stipulation and good cause appearing therefore:

1. Service on all Defendants shall be deemed effective March 25, 2011;

2. Defendants shall file a responsive pleading on or before April 15, 2011;

3. The Status (Pretrial Scheduling) Conference currently set for February 7, 2011 at 10:30 a.m. shall be continued until May 16, 2011 at 10:00 a.m.; and

4. The parties shall file a Joint Status Report with the court no later than fourteen (14) days preceding the Status Conference.

IT IS SO ORDERED.

Dated:   January 20, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT