BRUCE S. ALPERT (SB#075684)
Butte County Counsel
KATHLEEN KEHOE GREESON (SB#210552)
Deputy County Counsel
25 County Center Drive
Oroville, CA 95965
(530) 538-7621

Attorneys for Defendants
COUNTY OF BUTTE

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE<br><br>　　　　　　Plaintiff,<br><br>　-v-<br><br>BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS, et al.<br><br>　　　　　　Defendants. | Case No. 2:10-CV-03203-LKK-KJM<br><br>**JOINT STIPULATION TO FILE RESPONSIVE PLEADING BY MAY 30, 2011 AND CONTINUE STATUS CONFERENCE**<br><br>Judge: Hon. Lawrence K. Karlton |

The parties to the above-entitled action hereby stipulate that good cause exists to continue the Status Conference currently scheduled for May 16, 2011, and extend the due date for Defendants to file a responsive pleading. The parties are actively engaged in settlement discussions, and have completed an informal settlement-protected site inspection. The parties are continuing to make progress on their settlement discussions and request this additional time with the intention of resolving the remaining differences.

Pursuant to Local Rule 143(b), the parties present the following stipulation for consideration by the court.

The Complaint in this action was filed on November 30, 2010. The parties previously stipulated that the undersigned counsel for Defendants accepted service for all defendants, with such service deemed effective March 25, 2011. The parties previously stipulated that Defendants'

responsive pleading was to be filed on or before April 15, 2011.

Counsel for Plaintiff and Defendants are presently discussing settlement terms and have made progress towards resolving this case without further judicial involvement. Thus, the parties also stipulate to extending the date of the Status (Pretrial Scheduling) Conference and the Status Report due fourteen days prior to such Status Conference. By order of the Court, a Status Conference is set for May 16, 2011 at 10:00 AM. The parties would prefer to focus their resources on resolving this case. As such, the parties respectfully request that the May 16, 2011 Status (Pretrial Scheduling) Conference be continued until a date no sooner that fourteen (14) days from the time Defendants have filed their responsive pleading.

The parties respectfully request that the Court grant this stipulation and sign the order below reflecting these new dates.

SO STIPULATED.

Respectfully Submitted,

DATED: April 13, 2011    BRUCE S. ALPERT
                          COUNTY COUNSEL

                          /s/ Kathleen Kehoe Greeson
                          By:   Kathleen Kehoe Greeson, Deputy County Counsel
                          Attorney for Defendants
                          BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS, MIKE CRUMP, AND SHAWN H. O'BRIEN

DATED: April 13, 2011    JACKSON & TUERCK

                          /s/ Robert J. Tuerck
                          Robert J. Tuerck
                          Attorney for Plaintiff
                          CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

**ORDER**

Based upon the foregoing Stipulation and good cause appearing therefore:

1. Defendants shall file a responsive pleading on or before May 30, 2011;

3. The Status (Pretrial Scheduling) Conference currently set for May 16, 2011 at 10:00 a.m. shall be continued until July 5, 2011 at 1:30 p.m. and

4. The parties shall file a Joint Status Report with the court no later than fourteen (14) days preceding the Status Conference.

IT IS SO ORDERED.

Dated: April 15, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT