1  BRUCE S. ALPERT (SB#075684)
   Butte County Counsel
2  KATHLEEN KEHOE GREESON (SB#210552)
   Deputy County Counsel
3  25 County Center Drive
   Oroville, CA 95965
4  (530) 538-7621

5  Attorneys for Defendants
   County of Butte
6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9
   CALIFORNIA SPORTFISHING                Case No. 2:10-CV-03203-LKK-KJM
10 PROTECTION ALLIANCE,
                                          **JOINT STIPULATION TO FILE
11            Plaintiff,                  RESPONSIVE PLEADING BY JULY 14,
                                          2011 AND CONTINUE STATUS
12 vs.                                    CONFERENCE**

13 BUTTE COUNTY DEPARTMENT OF
   PUBLIC WORKS, et al.,                  Judge: Hon. Lawrence K. Karlton
14
              Defendants.
15

16     The parties to the above-entitled action hereby stipulate that good cause exists to continue

17 the Status Conference currently scheduled for July 5, 2011, and extend the due date for Defendants

18 to file a responsive pleading.  The parties are actively engage in settlement discussions, have

19 completed an informal settlement-protected site inspection and have exchanged meaningful

20 settlement offers. The parties are continuing to make progress on their settlement discussions and

21 request this additional time with the intention of resolving the remaining differences.

22 Pursuant to Local Rule 143(b), the parties present the following stipulation for consideration by the

23 court.

24     The Complaint in this action was filed on November 30, 2010.  The parties previously

25 stipulated that the undersigned counsel for Defendants accepted services for all defendants, with

26 such service deemed effective March 25, 2011.  The parties previously stipulated that Defendants'

27 responsive pleading was to be filed on or before April 15, 2011.  On April 13, 2011, the parties

28 further stipulated that Defendants' responsive pleading was to be filed on or before May 30, 2011.

Counsel for Plaintiff and Defendants are presently discussing settlement terms and have made further progress towards resolving this case without further judicial involvement.  Thus the parties stipulate to extending the due date of Defendants' responsive pleading to July 14, 2011.  The parties respectfully request that the due date for the Defendants' responsive pleading be extended to July 14, 2011.  The parties also stipulate to extending the date of the Status (Pretrial Scheduling) Conference and the Status Report due fourteen days prior to such Status Conference.  By order of the Court, a Status Conference is currently set for July 5, 2011 at 1:30 p.m.  The parties would prefer to focus their resources on resolving this case.  As such, the parties respectfully request that the July 5, 2011 Status (Pretrial Scheduling) Conference be continued until a date no sooner than fourteen (14) days from the time Defendants have filed their responsive pleading.

The parties respectfully request that the Court grant this stipulation and sign the order below reflecting these new dates.

SO STIPULATED.

Respectfully submitted,

DATED: May 27, 2011               BRUCE S. ALPERT
                                  County Counsel

                                  /s/ Kathleen Kehoe Greeson
                                  By: Kathleen Kehoe Greeson,
                                  Deputy County Counsel
                                  Attorney for Defendants
                                  BUTTE COUNTY DEPARTMENT OF
                                  PUBLIC WORKS, MIKE CRUMP, AND
                                  SHAWN H. O'BRIEN

DATED: May 27, 2011               JACKSON & TUERCK

                                  /s/ Robert J. Tuerck
                                  Robert J. Tuerck
                                  Attorney for Plaintiff
                                  CALIFORNIA SPORTFISHING
                                  PROTECTION ALLIANCE

**ORDER**

Based upon the foregoing Stipulation and good cause appearing therefore:

1. Defendants shall file a responsive pleading on or before July 14, 2011;

2. The Status (Pretrial Scheduling) Conference currently set for July 5, 2011 at 1:30 p.m. shall be continued until August 29, 2011 at 2:00 p.m.; and

3. The parties shall file a Joint Status Report with the court no later than fourteen (14) days preceding the Status Conference.

IT IS SO ORDERED.

Dated: May 31, 2011.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT