BRUCE S. ALPERT (SB#075684)
Butte County Counsel
KATHLEEN KEHOE GREESON (SB#210552)
Deputy County Counsel
25 County Center Drive
Oroville, CA 95965
(530) 538-7621

Attorneys for Defendants
County of Butte

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>            Plaintiff,<br><br>vs.<br><br>BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS, et al.,<br><br>            Defendants. | Case No. 2:10-CV-03203-LKK-KJM<br><br>**JOINT STIPULATION TO FILE RESPONSIVE PLEADING BY AUGUST 12, 2011 AND CONTINUE STATUS CONFERENCE**<br><br>Judge: Hon. Lawrence K. Karlton |

The parties to the above-entitled action hereby stipulate that good cause exists to continue the Status Conference currently scheduled for August 29, 2011 at 2:00 p.m., and extend the due date for Defendants to file a responsive pleading. The parties are actively engage in settlement discussions, have completed an informal settlement-protected site inspection, have exchanged meaningful settlement offers and are currently finalizing a settlement agreement. The parties are continuing to make progress and request this additional time with the intention of resolving the remaining differences.

Pursuant to Local Rule 143(b), the parties present the following stipulation for consideration by the court.

The Complaint in this action was filed on November 30, 2010. The parties previously stipulated that the undersigned counsel for Defendants accepted services for all defendants, with such service deemed effective March 25, 2011. The parties previously stipulated that Defendants' responsive pleading was to be filed on or before April 15, 2011. On April 13, 2011, the parties further stipulated that Defendants' responsive pleading was to be filed on or before May 30, 2011.

1  On May 27, 2011, the parties further stipulated that Defendants' responsive pleading was to be
2  filed on or before July 14, 2011.
3        Counsel for Plaintiff and Defendants are presently discussing settlement terms and have
4  made further progress towards resolving this case without further judicial involvement.  Thus the
5  parties stipulate to extending the due date of Defendants' responsive pleading to August 12, 2011.
6  The parties respectfully request that the due date for the Defendants' responsive pleading be
7  extended to August 12, 2011.  The parties also stipulate to extending the date of the Status (Pretrial
8  Scheduling) Conference and the Status Report due fourteen days prior to such Status Conference.
9  By order of the Court, a Status Conference is currently set for August 29, 2011 at 2 p.m.  The
10 parties would prefer to focus their resources on resolving this case.  As such, the parties
11 respectfully request that the August 29, 2011 Status (Pretrial Scheduling) Conference be continued
12 until a date no sooner than fourteen (14) days from the time Defendants have filed their responsive
13 pleading.
14       The parties respectfully request that the Court grant this stipulation and sign the order below
15 reflecting these new dates.
16       SO STIPULATED.
17 Respectfully submitted,
18
19 DATED: July 14, 2011                              BRUCE S. ALPERT
                                                    County Counsel
20
                                                    /s/ Kathleen Kehoe Greeson
21                                                  By: Kathleen Kehoe Greeson,
                                                    Deputy County Counsel
22                                                  Attorney for Defendants
                                                    BUTTE COUNTY DEPARTMENT OF
23                                                  PUBLIC WORKS, MIKE CRUMP, AND
                                                    SHAWN H. O'BRIEN
24
25 DATED: July 14, 2011                             JACKSON & TUERCK

                                                    /s/ Robert J. Tuerck
26                                                  Robert J. Tuerck
                                                    Attorney for Plaintiff
27                                                  CALIFORNIA SPORTFISHING
                                                    PROTECTION ALLIANCE
28

**ORDER**

Based upon the foregoing Stipulation and good cause appearing therefore:

1. Defendants shall file a responsive pleading on or before August 12, 2011;

2. The Status (Pretrial Scheduling) Conference currently set for August 29, 2011 at 2:00 p.m. shall be continued until September 12, 2011 at 3:30 p.m.; and

3. The parties shall file a Joint Status Report with the court no later than fourteen (14) days preceding the Status Conference.

IT IS SO ORDERED.

Dated: July 18, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT